WALLACE HUNT et al., Respondents, *v.* HENRY G. K. HEATH, Appellant, Impleaded with Others.

(Submitted January 10, 1916; decided January 18, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 690.)